THE HONORABLE JAMES L. ROBART
NOTING DATE: MARCH 9, 2017

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DARREN DONAHUE,

    Plaintiff,

vs.

RED ROBIN INTERNATIONAL INC., a Nevada Corporation, RED ROBIN GOURMET BURGERS, INC., a Delaware Corporation, and HAROLD HART and his marital community,

    Defendants.

NO. 12:17-cv-00023 JLR

ORDER ON STIPULATED MOTION TO EXTEND TIME

The Parties, Plaintiff Darren Donahue, and Defendants Red Robin International, Inc., Red Robin Gourmet Burgers, Inc., and Harold Hart jointly moved the Court to provide Defendants with one additional week to respond to Plaintiff's Amended Complaint. The Motion is granted and Defendants' responsive pleading or motion is now due on March 15, 2017.

Dated this 9th day of March, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

ORDER ON STIPULATED MOTION TO EXTEND
TIME (17-0023) - Page 1

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
(206) 682-2308

FPDOCS 32694921.2

1  Presented by:

2  By *s/Catharine M. Morisset*
   Catharine M. Morisset, WSBA #29682
3  1201 Third Avenue, Suite 2750
   Seattle, WA 98101
4  cmorisset@fisherphillips.com
   Of Attorneys for Defendants
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER ON STIPULATED MOTION TO EXTEND
TIME (17-0023) - Page 2

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
(206) 682-2308

FPDOCS 32694921.2

# CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury under the laws of the United States of America that I caused to be filed a true and accurate copy of the document to which this declaration with the court's ECF system, which will electronically serve:

Scott C.G. Blankenship, WSBA #21431
Robin J. Shishido, WSBA #45926
The Blankenship Law Firm, P.S.
1000 Second Avenue, Suite 3250
Seattle, WA 98104
Phone: 206-343-2700
Fax: 206-343-2704
sblankenship@blankenshiplawfirm.com
rshishido@blankenshiplawfirm.com

Executed March 9, 2017, at Seattle, Washington.

_____
Jazmine Matautia

ORDER ON STIPULATED MOTION TO EXTEND
TIME (17-0023) - Page 3

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
(206) 682-2308

FPDOCS 32694921.2