THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARREN DONAHUE,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RED ROBIN INTERNATIONAL, INC., a Nevada Corporation; RED ROBIN GOURMET BURGERS, INC., a Delaware Corporation; and HAROLD HART and his marital community,<br><br>　　　　　　　　Defendants. | No. 2:17-cv-00023-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION TO SEAL PURSUANT TO THE PARTIES' STIPULATED PROTECTIVE ORDER<br><br>NOTE ON MOTION CALENDAR:<br>April 6, 2018 |

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SEAL
(Cause No. 2:17-cv-00023-JLR)
Page i

THE BLANKENSHIP LAW FIRM, P.S.
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700

**THIS MATTER**, having come before the Court on Plaintiff's Motion to Seal Pursuant to the Parties' Stipulated Protective Order. in the above captioned matter.

The Court having considered the following:

1. Plaintiff's Motion to Seal Pursuant to the Parties' Stipulated Protective Order;

2. Defendants' Response to Plaintiff's Motion to Seal Pursuant to the Parties' Stipulated Protective Order;

3. _____.

The Court has considered the briefs of the parties and has reviewed the pleadings and records on file.

**THE COURT HEREBY ORDERS:**

1. Plaintiff's Motion to Seal Pursuant to the Parties' Stipulated Protective Order is GRANTED.

2. The following exhibits remain sealed: Exhibits Y, Z, AA, BB, and CC to the Declaration of Richard E. Goldsworthy in Support of Plaintiff's Motion for Partial Summary Judgment.

ORDERED this 4th day of April, 2018.

_____
THE HONORABLE JAMES L. ROBART
United States District Court Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SEAL
(Cause No. 2:17-cv-00023-JLR)
Page 1

**THE BLANKENSHIP LAW FIRM, P.S.**
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700

PRESENTED BY:

THE BLANKENSHIP LAW FIRM, P.S.

By: s/ Richard E. Goldsworthy
    Scott C. G. Blankenship, WSBA No. 21431
    Richard E. Goldsworthy, WSBA No. 40684
    The Blankenship Law Firm, P.S.
    1000 Second Avenue, Suite 3250
    Seattle, WA 98104
    Telephone: (206) 343-2700
    Facsimile: (206) 343-2704
    Email: sblankenship@blankenshiplawfirm.com
           rgoldsworthy@blankenshiplawfirm.com
Attorneys for Plaintiff

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SEAL
(Cause No. 2:17-cv-00023-JLR)
Page 2

THE BLANKENSHIP LAW FIRM, P.S.
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700

# DECLARATION OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on the date and in the manner listed below I caused delivery of a true copy of the attached document to the following attorneys for Defendants:

| | |
|---|---|
| Catharine M. Morisset, WSBA No. 29682<br>Margaret Burnham, WSBA No. 47860<br>Fisher & Phillips LLP<br>1201 Third Ave, Suite 2750<br>Seattle, WA 98101<br>Telephone: (206) 682-2308<br>Facsimile: (206) 682-7908<br>Email: cmorisset@fisherphillips.com<br>        mburnham@fisherphillips.com<br><br>*Attorneys for Defendants* | ☐ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by First Class Mail<br>☐ by Hand Delivery<br>☐ by Overnight Delivery<br>☒ by Notification via E-filing System |

DATED this 27th day of March, 2018, at Seattle, Washington.

s/ Richard E. Goldsworthy
Richard E. Goldsworthy, WSBA No. 40684
The Blankenship Law Firm, P.S.
1000 Second Avenue, Suite 3250
Seattle, WA 98104
Telephone: (206) 343-2700
Facsimile: (206) 343-2704
Email: rgoldsworthy@blankenshiplawfirm.com

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SEAL
(Cause No. 2:17-cv-00023-JLR)
Page 3

THE BLANKENSHIP LAW FIRM, P.S.
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700