THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARREN DONAHUE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>RED ROBIN INTERNATIONAL, INC., a Nevada Corporation; RED ROBIN GOURMET BURGERS, INC., a Delaware Corporation; and HAROLD HART and his marital community,<br><br>　　　　　　Defendants. | No. 2:17-cv-00023-JLR<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SEAL PURSUANT TO THE PARTIES' STIPULATED PROTECTIVE ORDER<br><br><br>NOTE ON MOTION CALENDAR:<br>April 20, 2018 |

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SEAL
(Cause No. 2:17-cv-00023-JLR)
Page i

THE BLANKENSHIP LAW FIRM, P.S.
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700

THIS MATTER, having come before the Court on Plaintiff's Motion to Seal Pursuant to the Parties' Stipulated Protective Order. in the above captioned matter.

The Court having considered the following:

1. Plaintiff's Motion to Seal Pursuant to the Parties' Stipulated Protective Order;

2. ~~Defendants' Response to Plaintiff's Motion to Seal Pursuant to the Parties' Stipulated Protective Order;~~

~~3.~~ _____.

The Court has considered the ~~briefs of the parties~~ Stipulation (Mot. (Dkt. #41)) and has reviewed the pleadings and records on file.

**THE COURT HEREBY ORDERS:**

1. Plaintiff's Motion to Seal Pursuant to the Parties' Stipulated Protective Order is GRANTED.

2. The following exhibits remain sealed: Exhibits I, U, AA, BB, CC, EE, GG, HH, II, PP, and XX to the Declaration of Richard E. Goldsworthy in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

ORDERED this 10th day of April, 2018.

_____
THE HONORABLE JAMES L. ROBART
United States District Court Judge

[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION TO SEAL
(Cause No. 2:17-cv-00023-JLR)
Page 1

**THE BLANKENSHIP LAW FIRM, P.S.**
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700

1  PRESENTED BY:

2  THE BLANKENSHIP LAW FIRM, P.S.

3

4

5  By: s/ Richard E. Goldsworthy
       Scott C. G. Blankenship, WSBA No. 21431
6      Richard E. Goldsworthy, WSBA No. 40684
       The Blankenship Law Firm, P.S.
7      1000 Second Avenue, Suite 3250
       Seattle, WA 98104
8      Telephone: (206) 343-2700
       Facsimile: (206) 343-2704
9      Email: sblankenship@blankenshiplawfirm.com
              rgoldsworthy@blankenshiplawfirm.com
10 Attorneys for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SEAL
(Cause No. 2:17-cv-00023-JLR)
Page 2

THE BLANKENSHIP LAW FIRM, P.S.
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700

**DECLARATION OF SERVICE**

I hereby certify under penalty of perjury under the laws of the State of Washington that on the date and in the manner listed below I caused delivery of a true copy of the attached document to the following attorneys for Defendants:

| | |
|---|---|
| ~~Suzanne Kelly Michael, WSBA No. 14072~~<br>Catharine M. Morisset, WSBA No. 29682<br>Margaret Burnham, WSBA No. 47860<br>Fisher & Phillips LLP<br>1201 Third Ave, Suite 2750<br>Seattle, WA 98101<br>Telephone: (206) 682-2308<br>Facsimile: (206) 682-7908<br>Email:  smichael@fisherphillips.com<br>        cmorisset@fisherphillips.com<br>        mburnham@fisherphillips.com | ☐ ~~by Electronic Mail~~<br>☐ by Facsimile Transmission<br>☐ by First Class Mail<br>☐ by Hand Delivery<br>☐ by Overnight Delivery<br>☒ by Notification via E-filing System |

*Attorneys for Defendants*

DATED this 9th day of April, 2018, at Seattle, Washington.

s/ Richard E. Goldsworthy
Richard E. Goldsworthy, WSBA No. 40684
The Blankenship Law Firm, P.S.
1000 Second Avenue, Suite 3250
Seattle, WA 98104
Telephone: (206) 343-2700
Facsimile: (206) 343-2704
Email: rgoldsworthy@blankenshiplawfirm.com

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SEAL
(Cause No. 2:17-cv-00023-JLR)
Page 3

THE BLANKENSHIP LAW FIRM, P.S.
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700