THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARREN DONAHUE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RED ROBIN INTERNATIONAL, INC., a Nevada Corporation; RED ROBIN GOURMET BURGERS, INC., a Delaware Corporation; and HAROLD HART and his marital community,<br><br>　　　　　　Defendants. | No. 2:17-cv-00023-JLR<br><br>STIPULATED MOTION AND [PROPOSED] ORDER REGARDING ADMISSIBILITY OF EVIDENCE AT TRIAL |

STIPULATED MOTION AND [PROPOSED] ORDER
REGARDING ADMISSIBILITY OF EVIDENCE AT TRIAL
(Cause No. 2:17-cv-00023-JLR)
Page i

THE BLANKENSHIP LAW FIRM, P.S.
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700

## I. STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff and Defendants, that the following are excluded from evidence unless otherwise agreed to or ordered by the Court:

A. All testifying non-parties shall be excluded from the court room prior to testifying under FRE 612;

B. ~~All questions, evidence, references to settlement offers, negotiations, mediation, or offers of judgment under FRE 408;~~

C. All references to attorney's fees or shifting attorney's fees at trial.

D. Any potential witnesses or documents not identified in discovery or on Initial Disclosures;

E. Reference to Red Robin's or its officers' wealth, unless the Court has first allowed the issue of punitive damages to be heard by the jury;

F. Any improper argument in opening or closing, such as urging the jury to "send a message' with the verdict (other than if authorized for punitive damages) or "golden rule" arguments such as "put yourself in a party's shoes."

G. Evidence of motions *in limine* or other pre-trial rulings (such as summary judgment);

H. Any evidence of insurance paying all or part of the judgment; evidence of any payments falling under the collateral source rule like unemployment insurance, short-term disability, or claims that Plaintiff received pay while on medical leave when the source of the payments was short-term disability."

The parties respectfully request the Court sign the Proposed Order below endorsing this stipulation.

//

STIPULATED MOTION AND [PROPOSED] ORDER
REGARDING ADMISSIBILITY OF EVIDENCE AT TRIAL
(Cause No. 2:17-cv-00023-JLR)
Page 1

THE BLANKENSHIP LAW FIRM, P.S.
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700

STIPULATED to this 14th day of May, 2018.

| THE BLANKENSHIP LAW FIRM, P.S. | FISHER & PHILLIPS, LLP |
|---|---|
| By: s/ Richard E. Goldsworthy<br>Scott C. G. Blankenship, WSBA No. 21431<br>Richard E. Goldsworthy, WSBA No. 40684<br>The Blankenship Law Firm, P.S.<br>1000 Second Avenue, Suite 3250<br>Seattle, WA 98104<br>Telephone: (206) 343-2700<br>Facsimile: (206) 343-2704<br>sblankenship@blankenshiplawfirm.com<br>rgoldsworthy@blankenshiplawfirm.com<br><br>*Attorneys for Plaintiff* | By: s/Catharine Morisset per email authority<br>Suzanne Kelly Michael, WSBA No. 14072<br>Catharine M. Morisset, WSBA No. 29682<br>Margaret Burnham, WSBA No. 47860<br>Fisher & Phillips LLP<br>1201 Third Ave, Suite 2750<br>Seattle, WA 98101<br>Telephone: (206) 682-2308<br>Facsimile: (206) 682-7908<br>smichael@fisherphillips.com<br>cmorisset@fisherphillips.com<br>mburnham@fisherphillips.com<br><br>*Attorneys for Defendants* |

STIPULATED MOTION AND [PROPOSED] ORDER
REGARDING ADMISSIBILITY OF EVIDENCE AT TRIAL
(Cause No. 2:17-cv-00023-JLR)
Page 2

THE BLANKENSHIP LAW FIRM, P.S.
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700

## II.  ORDER

THIS MATTER having come before the undersigned judge pursuant to the foregoing stipulation, and the Court being fully advised, it is hereby ORDERED as follows:

1. The following are excluded from evidence unless otherwise agreed to or ordered by the Court:

   A. ~~All testifying non-parties shall be excluded from the court room prior to testifying under FRE 612;~~

   B. All questions, evidence, references to settlement offers, negotiations, mediation, or offers of judgment under FRE 408;

   C. All references to attorney's fees or shifting attorney's fees at trial.

   D. Any potential witnesses or documents not identified in discovery or on Initial Disclosures;

   E. Reference to Red Robin's or its officers' wealth, unless the Court has first allowed the issue of punitive damages to be heard by the jury;

   F. Any improper argument in opening or closing, such as urging the jury to "send a message' with the verdict (other than if authorized for punitive damages) or "golden rule" arguments such as "put yourself in a party's shoes."

   G. Evidence of motions *in limine* or other pre-trial rulings (such as summary judgment);

   H. Any evidence of insurance paying all or part of the judgment; evidence of any payments falling under the collateral source rule like unemployment insurance, short-term disability, or claims that Plaintiff received pay while on medical leave when the source of the payments was short-term disability."

   //

STIPULATED MOTION AND [PROPOSED] ORDER
REGARDING ADMISSIBILITY OF EVIDENCE AT TRIAL
(Cause No. 2:17-cv-00023-JLR)
Page 3

THE BLANKENSHIP LAW FIRM, P.S.
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700

DATED this 16th day of May, 2018.

_____
THE HONORABLE JAMES L. ROBART
United States District Court Judge

PRESENTED BY:

| THE BLANKENSHIP LAW FIRM, P.S. | FISHER & PHILLIPS, LLP |
|---|---|
| By: s/ Richard E. Goldsworthy<br>Scott C. G. Blankenship, WSBA No. 21431<br>Richard E. Goldsworthy, WSBA No. 40684<br>The Blankenship Law Firm, P.S.<br>1000 Second Avenue, Suite 3250<br>Seattle, WA 98104<br>Telephone: (206) 343-2700<br>Facsimile: (206) 343-2704<br>sblankenship@blankenshiplawfirm.com<br>rgoldsworthy@blankenshiplawfirm.com<br><br>*Attorneys for Plaintiff* | By: s/Catharine Morisset per email authority<br>Suzanne Kelly Michael, WSBA No. 14072<br>Catharine M. Morisset, WSBA No. 29682<br>Margaret Burnham, WSBA No. 47860<br>Fisher & Phillips LLP<br>1201 Third Ave, Suite 2750<br>Seattle, WA 98101<br>Telephone: (206) 682-2308<br>Facsimile: (206) 682-7908<br>smichael@fisherphillips.com<br>cmorisset@fisherphillips.com<br>mburnham@fisherphillips.com<br><br>*Attorneys for Defendants* |

STIPULATED MOTION AND [PROPOSED] ORDER
REGARDING ADMISSIBILITY OF EVIDENCE AT TRIAL
(Cause No. 2:17-cv-00023-JLR)
Page 4

THE BLANKENSHIP LAW FIRM, P.S.
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700

# DECLARATION OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on the date and in the manner listed below I caused delivery of a true copy of the attached document to the following attorneys for Defendants:

| | |
|---|---|
| Suzanne Kelly Michael, WSBA No. 14072<br>Catharine M. Morisset, WSBA No. 29682<br>Margaret Burnham, WSBA No. 47860<br>Fisher & Phillips LLP<br>1201 Third Ave, Suite 2750<br>Seattle, WA 98101<br>Telephone: (206) 682-2308<br>Facsimile: (206) 682-7908<br>Email:  smichael@fisherphillips.com<br>         cmorisset@fisherphillips.com<br>         mburnham@fisherphillips.com | ☐ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by First Class Mail<br>☐ by Hand Delivery<br>☐ by Overnight Delivery<br>☒ by Notification via E-filing System |

*Attorneys for Defendants*

DATED this 14th day of May, 2018, at Seattle, Washington.

s/ Richard E. Goldsworthy
Richard E. Goldsworthy, WSBA No. 40684
The Blankenship Law Firm, P.S.
1000 Second Avenue, Suite 3250
Seattle, WA 98104
Telephone: (206) 343-2700
Facsimile: (206) 343-2704
Email: rgoldsworthy@blankenshiplawfirm.com

STIPULATED MOTION AND [PROPOSED] ORDER
REGARDING ADMISSIBILITY OF EVIDENCE AT TRIAL
(Cause No. 2:17-cv-00023-JLR)
Page 5

THE BLANKENSHIP LAW FIRM, P.S.
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700